**Dismissed and Opinion Filed September 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01016-CR

### KARL SCHOENWALDER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 065584

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this

decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
151016F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KARL SCHOENWALDER, Appellant

No. 05-15-01016-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 065584.
Opinion delivered per curiam before Justices Lang, Evans, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 11th day of September, 2015.